**FENNEMORE CRAIG, P.C.**
Richard I. Dreitzer, Esq., NV Bar No. 6626
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: rdreitzer@fclaw.com

*Attorneys for Defendants, BANK OF GEORGE and T. RYAN SULLIVAN*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN TRANG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF GEORGE, a Domestic Corporation; and T. RYAN SULLIVAN in his individual and professional capacity,<br><br>Defendants. | Case No.: 2:17-cv-00162-APG-EJY<br><br>**STIPULATION TO PERMIT LATE FILING OF RESPONSIVE PLEADING PURSUANT TO FRCP 6(B)(1)(b) AND LR IA 6-1**<br><br>**(FIRST REQUEST)** |

COMES NOW, Plaintiff, Steven Trang (hereinafter, "Trang"), by and through his counsel of record, Andre Lagomarsino, Esq. of Lagomarsino Law and Defendants, Bank of George, a Nevada corporation (hereinafter, "BOG") and T. Ryan Sullivan (hereinafter, "Sullivan")(collectively referred to as "Defendants"), by and through their counsel of record, Richard I. Dreitzer, Esq. of Fennemore Craig, P.C. and hereby stipulate to permit Defendants to file a responsive pleading in this matter on or before March 15, 2021.

While Defendants have been actively participating in this case since it became reactivated on March 3, 2020, Defendants' counsel recently recognized that their responsive pleading in this matter should have already been filed, but had not been. This was the result of a calendaring error within Defendant's counsel's office (i.e., excusable neglect), wherein Defendants' date for response was not added to counsel's calendar following this Court's entry of its Order Denying Objection to Magistrate Judge's Order (ECF No. 37). Counsel for Defendants apologizes to the

18199230

Court and counsel for Plaintiff for this oversight. Counsel for Trang has graciously accepted the representation that this was an inadvertent mistake on the part of counsel for Defendants. Both parties agree that each side has worked diligently to see this case progress since its reactivation.

Specifically, since this matter was reactivated, the following has transpired:

1. Plaintiff filed their First Amended Complaint on May 1, 2020 (ECF No. 23)

2. Defendants filed their Motion to Strike First Amended Complaint on May 26, 2020 (ECF No. 25).

3. Plaintiff and Defendants convened their mandatory Fed. R. Civ. Proc. 26(f) Meeting on July 7, 2020.

4. Plaintiff and Defendants submitted a Proposed Stipulated Discovery Plan and Scheduling Order on July 20, 2020 (ECF No. 29), which was approved by the Court on July 21, 2020 (ECF No. 31).

5. Plaintiff served Defendants with their Rule 26(a)(1) Disclosures on July 21, 2020.

6. Defendants served Plaintiff with their Rule 26(a)(1) Disclosures on August 3, 2020.

7. Defendants' Motion to Strike First Amended Complaint was granted in part and denied in part by Magistrate Judge Youchah on September 9, 2020 (ECF No. 36).

8. Defendants filed an Objection to Magistrate Judge Youchah's Order on September 23, 2020 (ECF No. 37).

9. The Court denied Defendants' Objection on October 9, 2020 (ECF No. 39).

10. Defendants and Plaintiff participated in an Early Neutral Evaluation (ENE) proceeding before Magistrate Judge Youchah on October 16, 2020, which was ultimately unsuccessful (ECF No. 42).

11. On December 8, 2020, Plaintiff and Defendants submitted a Stipulation for Extension of Time as to the previously entered Discovery Plan and Scheduling Order, due to Plaintiff having "…suffered a severe medical emergency event that sent him to the hospital with debilitating long lasting symptoms" and was, at that time, "…unable to participate in discovery

FENNEMORE CRAIG
ATTORNEYS
300 S. 4th St.
SUITE 1400
LAS VEGAS, NEVADA 89101
702-692-8000

18199230

in this case due to his temporary diminished capacity…" (ECF No. 43, pg. 3).  The Court ultimately approved this stipulation on December 9, 2020 (ECF No. 44).

At this time, counsel for Plaintiff and Defendants anticipate that an additional Stipulation for Extension of Time will be submitted to the Court in the near future, given Plaintiff's continued challenges in his recuperation.  For this reason, counsel for Plaintiff and Defendants agree that Plaintiff has suffered no prejudice from Defendants having not yet filed a responsive pleading in this matter.

Therefore, Plaintiff and Defendants respectfully request that Defendants be permitted to file a responsive pleading in this matter on or before March 15, 2021.

Dated this 2nd day of March, 2020.

**FENNEMORE CRAIG, P.C.**

By: */s/ Richard I. Dreitzer*
RICHARD I. DREITZER, ESQ.
NV Bar No. 6626
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone:  (702) 692-8000
rdreitzer@fclaw.com
*Attorneys for Defendants BANK OF GEORGE and T. RYAN SULLIVAN*

Dated this 2nd day of March, 2020.

**LAGOMARSINO LAW FIRM**

By: */s/Andre M .Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 West Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone:  (702) 383-2864
aml@lagomarsinolaw.com
*Attorneys for Plaintiff STEVEN TRANG*

**IT IS SO ORDERED.**

By: _____
**UNITED STATES MAGISTRATE JUDGE**

**Dated:  March 2, 2021**

3

18199230