UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN TRANG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF GEORGE, a Domestic Corporation; and T. RYAN SULLIVAN, in his individual and professional capacity,<br><br>Defendants. | Case No.: 2:17-cv-00162-APG-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Notice of Disassociation of Counsel, which was improperly docketed as a Motion to Withdraw as Attorney. ECF No. 50. Plaintiff's Notice advises the Court that Daven P. Cameron is no longer associated with the Lagomarsino Law firm. *Id*. at 1. Lagomarsino Law and Andre M. Lagomarsino remain as counsel for Plaintiff in this matter. *Id*.

Accordingly,

IT IS HEREBY ORDERED that Daven P. Cameron shall be removed from the CM/ECF service list in this action.

IT IS FURTHER ORDERED that Plaintiff's Notice of Disassociation of Counsel (*id*.) is DENIED otherwise as moot.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE