**FENNEMORE CRAIG, P.C.**
Richard I. Dreitzer, Esq., NV Bar No. 6626
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: rdreitzer@fclaw.com

*Attorneys for Defendants BANK OF GEORGE*
*and T. RYAN SULLIVAN*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN TRANG, an individual, | Case No.: 2:17-cv-00162-APG-EJY |
| Plaintiff, | |
| vs. | <u>**STIPULATION AND [PROPOSED]**</u> |
| BANK OF GEORGE, a Domestic Corporation; and T. RYAN SULLIVAN in his individual and professional capacity, | <u>**ORDER TO EXTEND DISCOVERY DEADLINES**</u> |
| | **(Second Request)** |
| Defendants. | |
| BANK OF GEORGE, a Domestic Corporation; and T. RYAN SULLIVAN in his individual and professional capacity, | |
| Counterclaimants, | |
| vs. | |
| STEVEN TRANG, an individual, | |
| Counterdefendant. | |

Pursuant to LR IA 6-1, 6-2, Plaintiff, in the above-captioned action, Plaintiff, STEVEN

TRANG (hereinafter, "TRANG"), by and through his attorney of record, Andre Lagomarsino,

Esq. of Lagomarsino Law and Defendants BANK OF GEORGE, a Nevada corporation

FENNEMORE CRAIG
ATTORNEYS
300 S. FOURTH ST.
SUITE 1400
LAS VEGAS, NEVADA 89101
702-692-8000

18261392.1/053476.0001

(hereinafter, "BOG") and T. RYAN SULLIVAN (hereinafter "SULLIVAN", collectively "Defendants") by and through their attorney of record, Richard I. Dreitzer, Esq. of the law firm of Fennemore Craig, P.C. hereby stipulate to amend the discovery deadlines approved by the Court on December 9, 2020 (ECF No. 44), by extending the outstanding discovery deadlines for a period of one hundred twenty (120) days. This is the second request for an extension to the *Scheduling Order* in this matter. The requested extension is sought in good faith and not for purposes of undue delay.

Currently, there are six (6) dates that are operative in this matter, which the Court has previously approved. These are:

| | |
|---|---|
| Discovery Cut-Off | June 18, 2021 |
| Initial Expert Disclosure | April 20, 2021 |
| Rebuttal Expert Disclosure | May 20, 2021 |
| Dispositive Motions | July 20, 2021 |
| Joint Pretrial Order | August 19, 2021 |
| Fed. R. Civ. P. 26(a)(3) Disclosures | August 19, 2021 |

This request is submitted at least twenty-one (21) days prior to each of the six (6) deadlines specified above.

## DISCOVERY COMPLETED TO DATE

The parties have exchanged initial disclosures pursuant to FRCP 26(a)(1). Plaintiff served his Initial Disclosures on July 21, 2020. Defendants served their Initial Disclosures on August 3, 2020. Plaintiff propounded and served its First Set of Interrogatories, Requests for Production of Documents and Requests for Admission to Defendants on September 1, 2020. Defendants propounded and served their answers to Plaintiff's First Set of Interrogatories, and Requests for Admission to Plaintiff on October 7, 2020.

///

18261392.1/053476.0001

## DISCOVERY THAT REMAINS TO BE COMPLETED

Discovery is ongoing in this case. The parties expect additional written discovery to be propounded by both parties. The parties also still need to take multiple party depositions, depose percipient witnesses, and disclose and depose experts.

## REASONS FOR EXTENSION TO COMPLETE DISCOVERY

As was recounted in the previous stipulation between the parties to extend discovery deadlines in this matter (ECF No. 44), this case was filed in 2017, but was stayed pending an investigation by the U.S. Attorney's Office into Plaintiff's *qui tam* False Claims Act ("FCA") claims and corresponding allegations. On June 18, 2019, the U.S. Attorney's Office filed a Motion to Dismiss seeking dismissal of Plaintiff's *qui tam* Complaint and declining to intervene. On March 3, 20120, the Court entered an Order (1) Granting the Motion to Dismiss and (2) Unsealing Case. (ECF No. 22).

As a result, Plaintiff filed his First Amended Complaint on May 1, 2020 asserting claims for wrongful termination under the FCA and wrongful termination in violation of Nevada public policy. (ECF No. 23). On May 26, 2020, the Defendants filed a Motion to Strike Plaintiff's First Amended Complaint ("Motion to Strike"). (ECF No. 25). Magistrate Judge Youchah entered an Order on September 9, 2020 granting in party and denying in part Defendants' Motion to Strike. (ECF No. 36). Defendants filed an Objection to Magistrate Judge Youchah's Order on September 23, 2020. (ECF No. 37). On October 9, 2020, the Court entered an Order Denying Defendant's Objection to Magistrate Judge's Order. (ECF No. 37). Shortly thereafter, the parties unsuccessfully participated in a settlement conference with Magistrate Judge Youchah on October 16, 2020.

In late November 2020, Plaintiff suffered a severe medical emergency event that sent him to the hospital with debilitating long lasting symptoms. In December 2020, both parties previously requested that the pertinent deadlines in this matter be extended for a period of one-hundred twenty (120) days because of Plaintiff's medical event.  Specifically, Plaintiff had been unable to

FENNEMORE CRAIG
ATTORNEYS
300 S. FOURTH ST.
SUITE 1400
LAS VEGAS, NEVADA 89101
702-692-8000

3

18261392.1/053476.0001

participate in discovery in this case due to his temporarily diminished capacity.  On December 9, 2020, this Court granted the parties' prior request (ECF No. 44).

Since that time, Plaintiff has been able to convalesce and his present condition is greatly improved.  Unfortunately, Plaintiff was unable to meaningfully participate in discovery over the past few months.  Hence, the parties have not had an opportunity to advance the progress of this matter as much they had hoped.  Complicating matters further, counsel for Plaintiff, Lagomarsino Law Firm is a three (3) attorney office and recently lost one of its attorneys who departed to start his own firm.  Hence, Plaintiff's counsel has been shorthanded in recent months, but anticipates that new hiring will rectify this problem.  Defendants' counsel maintains a professional working relationship with Plaintiff's counsel and has done his best to accommodate Plaintiff's counsel in this regard.

Accordingly, this extension is necessary to begin discovery anew, now that Plaintiff is able to participate in his case and Plaintiff's counsel will rectify his staffing issues, as described above.  This extension should allow both parties ample time to complete all appropriate discovery with the participation of Plaintiff.  This discovery includes Defendants' responses to Plaintiff's outstanding discovery, Plaintiff's additional written discovery, Defendants' written discovery, the taking of Plaintiff's deposition, retention and preparation of expert reports, with depositions of designated experts, thereafter.

The parties believe that, given the situation as it presently exists, the necessary discovery can be accomplished by the requested extended deadlines, absent any unforeseen circumstances and any unforeseen medical complications.  In sum, both parties believe that good cause exists to extend all deadlines in order to permit the parties to achieve their respective stated discovery goals and in consideration of the soon-to-be-lifted restrictions that had affected the Plaintiff's availability, to date, and thus prevented this matter from progressing further.

///

///

FENNEMORE CRAIG
ATTORNEYS
300 S. FOURTH ST.
SUITE 1400
LAS VEGAS, NEVADA 89101
702-692-8000

4

18261392.1/053476.0001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### **PROPOSED REVISED DISCOVERY PLAN**

1.     Discovery Cut-Off Deadline

The discovery cut-off deadline shall be extended for one hundred twenty (120) days from June 18, 2021 to **Monday, October 18, 2021** (Note: October 16, 2021 is a Saturday.)

2.     Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)

Disclosures identifying initial experts shall be made not later than **Wednesday, August 18, 2021.** Disclosures identifying rebuttal experts shall be made not later than **Friday, September 17, 2021.**

3.     Dispositive Motions Deadline

The parties shall file dispositive motions thirty (30) days after the extended discovery cut-off deadline of Monday, October 18, 2021, and therefore, not later than **Wednesday, November 17, 2021**.

4.     Joint Pretrial Order Deadline

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed thirty (30) days after the extended date set for filing dispositive motions of November 17, 2021, and therefore, not later than **Friday, December 17, 2021.** In the event that dispositive motions are filed, the date for the Joint Pretrial Order shall be suspended until thirty (30) days after the Court enters a ruling on the dispositive motions or otherwise by further order of the Court.

5.     Fed. R. Civ. P. 26(a)(3) Disclosures (Pre-Trial Disclosures)

Pre-trial disclosures shall be made not later than **Friday, December 17, 2021**.

6.     Extensions or Modifications of the Discovery Plan and Scheduling Order

In accordance with Local Rule 26-4, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made at least twenty-one (21) days prior to the expiration of the subject deadline.

FENNEMORE CRAIG
ATTORNEYS
300 S. FOURTH ST.
SUITE 1400
LAS VEGAS, NEVADA 89101
702-692-8000

18261392.1/053476.0001

Accordingly, the parties stipulate, subject to approval of this Court, to the following proposed deadlines:

| Event | Current Deadline | Revised Deadline |
| --- | --- | --- |
| Discovery Cut-Off | June 18, 2021 | **October 18, 2021** |
| Initial Expert Disclosure | April 20, 2021 | **August 18, 2021** |
| Rebuttal Expert Disclosure | May 20, 2021 | **September 17, 2021** |
| Dispositive Motions | July 20, 2021 | **November 17, 2021** |
| Joint Pretrial Order | August 19, 2021 | **December 17, 2021** |
| Fed. R. Civ. P. 26(a)(3) Disclosures | August 19, 2021 | **December 17, 2021** |

**IT IS SO STIPULATED.**

DATED: this 23rd day of March, 2021.

FENNEMORE CRAIG, P.C.

By: _/s/ Richard I. Dreitzer_
RICHARD I. DREITZER, ESQ.
NV Bar No. 6626
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone:  (702) 692-8000
rdreitzer@fclaw.com
*Attorneys for Defendants BANK OF GEORGE and T. RYAN SULLIVAN*

18261392.1/053476.0001

FENNEMORE CRAIG
ATTORNEYS
300 S. FOURTH ST.
SUITE 1400
LAS VEGAS, NEVADA 89101
702-692-8000

1

2 Dated this 23rd day of March, 2021.

3

4                                        **LAGOMARSINO LAW FIRM**

5

6                                        By: */s/ Andre M. Lagomarsino*
                                         ANDRE M. LAGOMARSINO, ESQ.
7                                        Nevada Bar No. 6711
                                         3005 West Horizon Ridge Pkwy, #241
8                                        Henderson, Nevada 89052
                                         Telephone:  (702) 383-2864
9                                        aml@lagomarsinolaw.com
                                         *Attorneys for Plaintiff STEVEN*
10                                       *TRANG*

11   **IT IS SO ORDERED.**

12

13   By: _____
     **UNITED STATES MAGISTRAGE JUDGE**
14

15                  Dated:  March 24, 2021

16

17

18

19

20

21

22

23

24

25

26

27

28

FENNEMORE CRAIG
ATTORNEYS
300 S. FOURTH ST.
SUITE 1400
LAS VEGAS, NEVADA 89101
702-692-8000

18261392.1/053476.0001