**FENNEMORE CRAIG, P.C.**
Richard I. Dreitzer, Esq., NV Bar No. 6626
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: rdreitzer@fclaw.com

*Attorneys for Defendants, BANK OF GEORGE and T. RYAN SULLIVAN*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN TRANG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF GEORGE, a Domestic Corporation; and T. RYAN SULLIVAN in his individual and professional capacity,<br><br>Defendants.<br><br>BANK OF GEORGE, a Domestic Corporation; and T. RYAN SULLIVAN in his individual and professional capacity,<br><br>Counterclaimants,<br><br>vs.<br><br>STEVEN TRANG, an individual,<br><br>Counterdefendant. | Case No.: 2:17-cv-00162-APG-EJY<br><br>**STIPULATION TO PERMIT LATE FILING OF RESPONSIVE PLEADING PURSUANT TO FRCP 6(b)(1)(A) AND LR IA 6-1**<br><br>**(FIRST REQUEST)** |

COMES NOW, Plaintiff/Counterdefendant Steven Trang (hereinafter, "Plaintiff/Counterdefendant"), by and through his counsel of record, Andre Lagomarsino, Esq. of Lagomarsino Law, and Defendants/Counterclaimants, Bank of George, a Nevada corporation, and T. Ryan Sullivan (collectively referred to as "Defendants/Counterclaimants"), by and through their counsel of record, Richard I. Dreitzer, Esq. of Fennemore Craig, P.C., and hereby

FENNEMORE CRAIG
ATTORNEYS
300 S. 4th ST.
SUITE 1400
LAS VEGAS, NEVADA 89101
702-692-8000

18380894.1/053476.0001

stipulate to permit Defendants/Counterclaimants to file a responsive pleading to Plaintiff/Counterdefendant's Special Motion to Dismiss in this matter on or before May 31, 2021.

Dated this 30th day of April, 2021.

**FENNEMORE CRAIG, P.C.**

By: */s/ Richard I. Dreitzer*
RICHARD I. DREITZER, ESQ.
NV Bar No. 6626
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
rdreitzer@fclaw.com
*Attorneys for Defendants BANK OF GEORGE and T. RYAN SULLIVAN*

Dated this 30th day of April, 2021.

**LAGOMARSINO LAW FIRM**

By: [signature]
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 West Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
aml@lagomarsinolaw.com
*Attorneys for Plaintiff STEVEN TRANG*

**IT IS SO ORDERED.**

By: [signature]
**UNITED STATES DISTRICT COURT JUDGE**

DATED: May 5, 2021

18380894.1/053476.0001