**FENNEMORE CRAIG, P.C.**
Richard I. Dreitzer, Esq., NV Bar No. 6626
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: rdreitzer@fennemorelaw.com

*Attorneys for Defendants BANK OF GEORGE
and T. RYAN SULLIVAN*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN TRANG, an individual,<br><br>Plaintiff/Counterdefendant,<br><br>vs.<br><br>BANK OF GEORGE, a Domestic Corporation; and T. RYAN SULLIVAN in his individual and professional capacity,<br><br>Defendants/Counterclaimants. | Case No.: 2:17-cv-00162-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF DISCOVERY DEADLINES**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, 6-2, Plaintiff/Counterdefendant, in the above-captioned action, STEVEN TRANG (hereinafter, "PLAINTIFF"), by and through his attorney of record, Andre Lagomarsino, Esq. of Lagomarsino Law, and Defendants/Counterclaimants BANK OF GEORGE, a Nevada corporation (hereinafter, "BOG") and T. RYAN SULLIVAN (hereinafter "SULLIVAN") (BOG and Sullivan, together, "DEFENDANTS"), by and through their attorney of record, Richard I. Dreitzer, Esq. of the law firm of Fennemore Craig, P.C., hereby stipulate to continue the discovery deadlines approved by the Court on March 24, 2021 (ECF No. 54), by staying the outstanding discovery deadlines until Plaintiff's Special Motion to Dismiss (ECF No. 55) is ruled on by the Court or for a period of one hundred twenty (120) days, whichever is sooner, at which time the parties will jointly submit a proposed amended scheduling order with

18445250.2

revised discovery deadlines for the Court's approval. The requested continuance is sought in good faith and not for purposes of undue delay.

Currently, there are six (6) dates that are operative in this matter, which the Court has previously approved. These are:

| | |
|---|---|
| Discovery Cut-Off | October 18, 2021 |
| Initial Expert Disclosure | August 18, 2021 |
| Rebuttal Expert Disclosure | September 17, 2021 |
| Dispositive Motions | November 17, 2021 |
| Joint Pretrial Order | December 17, 2021 |
| Fed. R. Civ. P. 26(a)(3) Disclosures | December 17, 2021 |

This request is submitted at least twenty-one (21) days prior to each of the six (6) deadlines specified above. *See* LR 26-3 (requiring any stipulation or motion for modification or extension of this discovery plan and scheduling order to be made at least twenty-one (21) days prior to the expiration of the subject deadline).

## **DISCOVERY COMPLETED TO DATE**

The parties have exchanged initial disclosures pursuant to FRCP 26(a)(1). Plaintiff served his Initial Disclosures on July 21, 2020. Defendants served their Initial Disclosures on August 3, 2020. Plaintiff propounded and served its First Set of Interrogatories, Requests for Production of Documents and Requests for Admission to Defendants on September 1, 2020. Defendants propounded and served their answers to Plaintiff's First Set of Interrogatories, and Requests for Admission to Plaintiff on October 7, 2020.

18445250.2

## DISCOVERY THAT REMAINS TO BE COMPLETED

Discovery is ongoing in this case. The parties expect additional written discovery to be propounded by both parties. The parties also still need to take multiple party depositions, depose percipient witnesses, and disclose and depose experts.

## REASONS FOR CONTINUANCE OF DISCOVERY

Defendants filed counterclaims against Plaintiff on March 8, 2021 (ECF No. 47). In response, Plaintiff filed a Special Motion to Dismiss pursuant to NRS 41.660. That Nevada statute requires the Court to stay discovery pending a ruling by the Court on the Motion. *See* NRS 41.660(3)(e)(1). The parties agree that presenting witnesses for deposition now, without the ability to ask questions on the counterclaims, would be a waste of time and resources, and would therefore not serve the interests of justice. *See* NRS 41.660(6) ("The court shall modify . . . any other deadlines relating to a complaint filed pursuant to this section if such modification would serve the interests of justice."). It is far more efficient to resume discovery on all claims once it is clear which counterclaims survive the Court's ruling. As such, the parties agree to continue discovery until the Court rules on the Special Motion to Dismiss or for a period of one hundred twenty (120) days, whichever is sooner.

## REQUEST FOR EXPEDITED RULING

Further, the parties request the Court conduct an expedited review of the Special Motion to Dismiss, once briefing is complete. NRS 41.660(3)(f) ("the Court shall . . . [r]ule on the motion within 20 judicial days after the motion is served upon the plaintiff").

18445250.2

**IT IS SO STIPULATED.**

DATED: this 27th day of May, 2021.

**FENNEMORE CRAIG, P.C.**

By: _/s/ Richard I. Dreitzer_
RICHARD I. DREITZER, ESQ.
NV Bar No. 6626
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
rdreitzer@fennemorelaw.com
*Attorneys for Defendants BANK OF GEORGE and T. RYAN SULLIVAN*

Dated this 27th day of May, 2021.

**LAGOMARSINO LAW FIRM**

By: _/s/ Andre M. Lagomarsino_
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 West Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
aml@lagomarsinolaw.com
*Attorneys for Plaintiff STEVEN TRANG*

**IT IS SO ORDERED.**

By: [signature]
**UNITED STATES MAGISTRATE JUDGE**

**Dated: May 27, 2021**

18445250.2

FENNEMORE CRAIG
ATTORNEYS
300 S. FOURTH ST.
SUITE 1400
LAS VEGAS, NEVADA 89101
702-692-8000