**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., # 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorney for Plaintiff Steven Trang*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN TRANG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF GEORGE, a Domestic Corporation; and T. RYAN SULLIVAN in his individual and professional capacity,<br><br>Defendants. | Case No.: 2:17-cv-00162-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR COUNTERDEFENDANT TO FILE A REPLY BRIEF TO COUNTERCLAIMANT'S OPPOSITION TO COUNTERDEFENDANT'S SPECIAL MOTION TO DISMISS**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, 6-2, Plaintiff/Counterdefendant STEVEN TRANG, by and through his attorney of record, Andre Lagomarsino, Esq. of Lagomarsino Law and Defendants/Counterclaimants BANK OF GEORGE and T. RYAN SULLIVAN by and through their attorney of record, Richard I. Dreitzer, Esq. of the law firm of Fennemore Craig, P.C. hereby stipulate to extend the deadline for Counterdefendant to file a Reply to Counterclaimant's Opposition to Counterdefendant's Special Motion to Dismiss (ECF No. 61). Counterdefendant filed his Special Motion to Dismiss

Page 1 of 3

Counterclaimant's Counterclaim (ECF No. 55) on April 19, 2021. Pursuant to stipulation, Counterclaimant filed its Opposition to Counterdefendant's Special Motion to Dismiss on May 31, 2021. (ECF No. 61). **The Reply brief is currently due June 8, 2021.**

This is the first request for an extension to file a Reply brief.

The reason for the extension is that Counterdefendant's counsel has only one (1) attorney currently on the case and that attorney was briefing three (3) other voluminous briefs in two (2) different cases during the time that was allotted to file a Reply brief in this case. The undersigned counsel (the aforementioned attorney) worked all three (3) days of the Memorial Day weekend and all of the following week in an effort to get caught up to the Reply brief but was unsuccessful.

The following week, the Counterdefendant's counsel and the other attorney in his firm will be in depositions and preparing for depositions in other important and large damage matters and will be precluded from devoting adequate time to the Reply brief. While the undersigned has enlisted a law clerk to assist, counsel will still need time to review, research, edit and finalize the Reply brief so that it is of the quality that is expected in United States District Court.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**The parties agree, subject to the Court's approval, that the new deadline to file a Reply brief will be June 22, 2021**. The requested extension is sought in good faith and not for purposes of undue delay.

**IT IS SO STIPULATED.**

DATED: this 4th day of June, 2021.

**FENNEMORE CRAIG, P.C.**

By: */s/ Richard I. Dreitzer*
RICHARD I. DREITZER, ESQ.
NV Bar No. 6626
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
rdreitzer@fclaw.com
*Attorneys for Defendants/Counterclaimants BANK OF GEORGE and SULLIVAN*

Dated this 4th day of June, 2021.

**LAGOMARSINO LAW FIRM**

By: /s/ *Andre M. Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 West Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
aml@lagomarsinolaw.com
*Attorneys for Plaintiff/Counterdefendant TRANG*

**IT IS SO ORDERED.**

By: _____
UNITED STATES MAGISTRATE JUDGE

Dated: June 7, 2021