**FENNEMORE CRAIG, P.C.**
Richard I. Dreitzer, Esq., NV Bar No. 6626
Kelly Peters, Esq., NV Bar No. 15762
9275 West Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 692-8026
Facsimile: (702) 692-8075
Email: rdreitzer@fennemorelaw.com;
kpeters@fennemorelaw.com

*Attorneys for Defendants, BANK OF GEORGE and T. RYAN SULLIVAN*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN TRANG, an individual,<br><br>*Plaintiff*,<br><br>vs.<br><br>BANK OF GEORGE, a Domestic Corporation; and T. RYAN SULLIVAN in his individual and professional capacity,<br><br>*Defendants*.<br><br>BANK OF GEORGE, a Domestic Corporation,<br><br>*Counterclaimant*,<br><br>vs.<br><br>STEVEN TRANG, an individual,<br><br>*Counterdefendant*. | Case No.: 2:17-cv-00162-APG-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING PURSUANT TO FRCP 6(b)(1)(A) AND LR IA 6-1**<br><br>**(FIRST REQUEST)** |

COMES NOW, Plaintiff, Steven Trang (hereinafter, "Trang"), by and through his counsel of record, Andre Lagomarsino, Esq. of Lagomarsino Law, and Defendants, Bank of George, a Nevada corporation (hereinafter, "Bank of George") and T. Ryan Sullivan, by and through their counsel of record, Richard I. Dreitzer, Esq. and Kelly Peters, Esq. of Fennemore Craig, P.C., and hereby stipulate to an extension of time to on or before May 27, 2022, for Bank

FENNEMORE CRAIG
ATTORNEYS
9275 West Russell Road
Suite 240
Las Vegas, Nevada 89148
702-692-8000

20754204

of George to file a responsive pleading to ECF #72. This is the parties' first request to extend the responsive pleading deadline.

Bank of George filed Amended Counterclaims against Mr. Trang on March 25, 2022 (ECF #70), which Mr. Trang then moved to dismiss on April 14, 2022 (ECF #72). Currently, Bank of George's deadline to respond to the Motion to Dismiss is April 28, 2022. The parties have agreed to extend this deadline by 29 days on account of the fact that lead counsel for Bank of George is in the midst of a multi-week trial in one matter followed by a week of depositions in another.

The parties nonetheless have conferred and anticipate resuming discovery. To that end, they filed their Amended Stipulated Discovery Plan and Scheduling Order (ECF #73) and are in the process of scheduling depositions. As such, counsel for Plaintiff and counsel for Defendants agree that neither side will suffer prejudice from this Stipulation for Extension of Time.

Therefore, Plaintiff and Defendants respectfully request that Bank of George's deadline to respond to the Motion to Dismiss (ECF #72) be extended from April 28, 2022, to on or before May 27, 2022.

**IT IS SO STIPULATED.**

Dated this 21st day of April, 2022.

**FENNEMORE CRAIG, P.C.**

By: */s/ Kelly Peters*
RICHARD I. DREITZER, ESQ.
Nevada Bar No. 6626
KELLY PETERS, ESQ.
Nevada Bar No. 15762
9275 West Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 692-8026
rdreitzer@fennemorelaw.com;
kpeters@fennemorelaw.com

*Attorneys for Defendants BANK OF GEORGE and T. RYAN SULLIVAN*

20754204

Dated this 21st day of April, 2022.

**LAGOMARSINO LAW FIRM**

By: */s/Andre M .Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
CORY M. FORD, ESQ.
Nevada Bar No. 15042
3005 West Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone:  (702) 383-2864
aml@lagomarsinolaw.com

*Attorneys for Plaintiff STEVEN TRANG*

**IT IS SO ORDERED.**

By: _____
**UNITED STATES DISTRICT COURT JUDGE**
DATED: May 2, 2022

3