**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Steven Trang*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN TRANG, an individual,<br>            *Plaintiff,*<br><br>vs.<br><br>BANK OF GEORGE, a Domestic Corporation; T. RYAN SULLIVAN in his individual and professional capacity,<br>            *Defendants.* | CASE NO. 2:17-cv-00162-APG-EJY<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING PURSUANT TO FRCP 6(B)(1)(A) AND LR IA 6-1** |
| BANK OF GEORGE, a Domestic Corporation,<br>            *Counterclaimant,*<br><br>vs.<br><br>STEVEN TRANG, an individual,<br>            *Counter-Defendant.* | |

Counter-Defendant Steven  Trang ("Trang"), by and through his attorney of record,  Andre M. Lagomarsino, Esq of Lagomarsino Law, and Counter-Claimant Bank of George ("BoG"), by and through its attorneys of record, Richard I. Dreitzer, Esq. and Kelly Peters, Esq. of Fennemore Craig, P.C., hereby stipulate to an extension of time to file a reply brief to Counterclaimant's Opposition to Counter-Defendant's Motion to Dismiss Counterclaims (ECF #79). This is the parties' first request to extend this responsive pleading deadline.

BoG filed its Amended Counterclaims on March 25, 2022 (ECF #70).

Trang filed his motion to dismiss said Amended Counterclaims on April 14, 2022 (ECF #72).

…

<div style="text-align: right; writing-mode: vertical">

LAGOMARSINO LAW
3005 West Horizon Ridge Parkway, #241, Henderson, Nevada 89052
Telephone (702) 383-2864   Facsimile (702) 383-0065

</div>

1

2

3

On April 21, 2022, both parties stipulated to an extension of time for BoG's response due to BoG's counsel being in trial (ECF #74), which was granted by the Court on May 2, 2022 (ECF #77).

4

5

BoG filed its Opposition to Trang's Motion to Dismiss Amended Counterclaims (ECF #79) on May 27, 2022.

6

7

8

9

Currently, the deadline for a responsive filing to ECF #79 is June 3, 2022. The parties have agreed to extend this deadline by 14 days as 1) the office of Counter-Defendant's counsel is currently under construction, and 2) Counter-Defendant's counsel is called out of town for multiple business days.

10

11

The parties have met and conferred and agree that neither side will suffer prejudice from this Stipulation for Extension of Time.

12

13

Therefore, Trang and BoG respectfully request that Plaintiffs' deadline to respond to the Opposition (ECF #79) be extended from June 3, 2022 to on or before June 17, 2022

14

**IT IS SO STIPULATED**

15

DATED this 1ˢᵗ day of June, 2022.

16

17

**LAGOMARSINO LAW**

18

By: */s/ Andre M. Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 West Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
*Attorney for Counter-Defendant Steven Trang*

19

20

**FENNEMORE CRAIG, P.C.**

21

By: */s/ Kelly Peters*
RICHARD I. DREITZER, ESQ. (#6626)
KELLY PETERS, ESQ. (#15762)
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
*Attorneys for Counterclaimant Bank of George*

22

23

24

25

26

**IT IS SO ORDERED.**

27

By: _____

28

**UNITED STATES MAGISTRATE JUDGE**

Date:  June 2, 2022