# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN TRANG, | Case No.: 2:17-cv-00162-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| BANK OF GEORGE, et al., | |
| Defendants | |

In December 2022, the parties informed the court that this matter settled. To date, there has been no stipulation of dismissal filed.

I THEREFORE ORDER that by March 17, 2023, the parties shall file either a stipulation of dismissal or a status report regarding settlement.

DATED this 28th day of February, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE