1
2
3
4

**FENNEMORE CRAIG, P.C.**
Richard I. Dreitzer, Esq., NV Bar No. 6626
9275 W. Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: rdreitzer@fennemorelaw.com

5
6

*Attorneys for Defendants, BANK OF GEORGE
and T. RYAN SULLIVAN*

7

### UNITED STATES DISTRICT COURT

8

### DISTRICT OF NEVADA

9
10

STEVEN TRANG, an individual,

    *Plaintiff,*

Case No.: 2:17-cv-00162-APG-EJY

11
12

vs.

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

13
14

BANK OF GEORGE, a Domestic
Corporation; and T. RYAN SULLIVAN
in his individual and professional capacity,

    *Defendants.*

15
16
17

BANK OF GEORGE, a Domestic
Corporation,

    *Counterclaimant,*

18
19

vs.

20

STEVEN TRANG, an individual,

21

    *Counterdefendant.*

22
23
24
25
26
27
28

    Pursuant to Fed. R. Civ. Proc. 41(a)(2), Plaintiff, STEVEN TRANG (hereinafter, "TRANG"), by and through his attorney of record, Andre Lagomarsino, Esq. of Lagomarsino Law and Defendants BANK OF GEORGE, a Nevada corporation (hereinafter, "BOG") and T. RYAN SULLIVAN (hereinafter "SULLIVAN", collectively "Defendants") by and through their attorney of record, Richard I. Dreitzer, Esq. of the law firm of Fennemore Craig, P.C. hereby stipulate that this matter shall be dismissed with prejudice, with each side to bear their own fees

FENNEMORE CRAIG
ATTORNEYS
9275 W. RUSSELL ROAD
SUITE 240
LAS VEGAS, NEVADA 89148
702-692-8000

28912049.1/053476.0001

1   and costs.  As such, the parties respectfully request that this matter be closed and removed from

2   the Court's trial docket and that any dates / deadlines that have been set in this matter, be

3   vacated.

4      **IT IS SO STIPULATED.**

5      DATED: this 13th day of March, 2023.

6
                                    **FENNEMORE CRAIG, P.C.**
7

8                                   By: */s/ Richard I. Dreitzer*
9                                        Richard I. Dreitzer, Esq.
                                         NV Bar No. 6626
10                                       Kendall M. Lovell. Esq.
                                         NV Bar No. 15590
11                                       9275 W. Russell Rd., Suite 240
                                         Las Vegas, Nevada 89148
12                                       Telephone:  (702) 692-8000
                                         *Attorneys for Defendants*
13                                       *BANK OF GEORGE and T. RYAN SULLIVAN*

14   Dated this 13th day of March, 2023.

15

16                                  **LAGOMARSINO LAW FIRM**

17
                                    By: */s/ Cory M. Ford*
18                                       Andre M. Lagomarsino, Esq.
                                         Nevada Bar No. 6711
19                                       Cory M. Ford, Esq.
                                         NV Bar No. 15042
20                                       3005 West Horizon Ridge Pkwy, #241
                                         Henderson, Nevada 89052
21                                       Telephone:  (702) 383-2864
                                         *Attorneys for Plaintiff STEVEN TRANG*
22

23      **IT IS SO ORDERED.**

24
                                    By: _____
25                                       **UNITED STATES DISTRICT JUDGE**

26                                       DATED: March 15, 2023

27

28

FENNEMORE CRAIG
ATTORNEYS
9275 W. RUSSELL ROAD
SUITE 240
LAS VEGAS, NEVADA 89148
702-692-8000

2

28912049.1/053476.0001